# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

| | |
|---|---|
| WAYNE H. NORMAN, | Civil Action File No. |
| Plaintiff, | |
| vs. | 2:16-CV-11327-VAR-DRG |
| DUNHAM'S SPORTS, INC., | |
| Defendant. | |

## NOTICE OF SETTLEMENT

FILED
MAY 20 2016
CLERK'S OFFICE
U.S. DISTRICT COURT

TO THE HONORABLE JUDGE VICTORIA A. ROBERTS:

Plaintiff, Wayne H. Norman, hereby files "Notice of Settlement" with the Court and shows as follows:

1. Plaintiff and Defendant have reached a settlement agreement in the above referenced cause of action and are in the process of completing the necessary paperwork to file a dismissal of all actions.

Respectfully submitted,

Wayne H. Norman
4357 Wanatah
Memphis, TN 38109
whnorman@hotmail.com

1 | Page

FROM: Wayne Noonan
4357 Wanstah
Memphis, TN 38109

TO: United States District Court
Eastern District of Michigan
Southern Division
231 W. Lafayette Blvd
Detroit, MI 48226

PRIORITY MAIL 2-Day
US POSTAGE PAID $6.45
Origin: 60130
Destination: 48226
0 Lb 1.50 Oz
May 18, 16
1628140130-08
1006
C008
Expected Delivery Day: 05/20/2016
USPS TRACKING NUMBER
9505 5117 9502 6139 0952 86
PS00001000014
EP14F July 2013
OD: 12.5 x 9.5

SCANNED




PRIORITY MAIL

FLAT RATE ENVELOPE
ONE RATE ★ ANY WEIGHT*

UNITED STATES POSTAL SERVICE®

EP14F July 2013
OD: 12.5 x 9.5

PS00001000014

* Domestic only.   * For international shipments, the maximum weight is 4 lbs.